UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY JAMES GOMEZ,<br><br>    Petitioner,<br><br>    v.<br><br>M. EVANS,<br><br>    Respondent. | 1:06-CV-00221-OWW-SMS-HC<br><br>ORDER GRANTING EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL<br><br>(DOCUMENT #14) |

       Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 30, 2006, petitioner filed a motion for an extension of time to file a response to the motion to dismiss filed by respondent on May 17, 2006. Good cause appearing, the extension of time shall be granted.

       Petitioner also requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984). However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. In the present case, the court does not find that the interests of

justice would be served by the appointment of counsel at the present time.  Accordingly, the request for appointment of counsel shall be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner is GRANTED an extension of time of thirty days from the date of service of this order in which to file a response to the motion to dismiss filed on May 17, 2006; and

2. Petitioner's request for appointment of counsel is DENIED.

IT IS SO ORDERED.

**Dated:   July 5, 2006**              _____/s/  William M. Wunderlich_____
bl0dc4                                              UNITED STATES MAGISTRATE JUDGE